# United States Court of Appeals

For the Seventh Circuit
Chicago, Illinois 60604

May 9, 2007

Before

**Hon.** FRANK H. EASTERBROOK, Chief Judge

**Hon.** WILLIAM J. BAUER, Circuit Judge

**Hon.** MICHAEL S. KANNE, Circuit Judge

| | |
|---|---|
| RLJCS ENTERPRISES, INC., *et al.*, <br>     *Plaintiffs-Appellants*, <br><br> **No.** 06-3408     **v.** <br><br> PROFESSIONAL BENEFIT TRUST MULTIPLE EMPLOYER <br> WELFARE BENEFIT PLAN AND TRUST, *et al.*, <br>     *Defendants-Appellees*. | Appeal from the United States District Court for the Northern District of Illinois, Eastern Division. <br><br> No. 03 C 6080 <br> John F. Grady, *Judge*. |

**Order**

The slip opinion of this court issued on May 2, 2007, is amended as follows:

Page 9, line 14, change "an" to "a".